**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW HAMPSHIRE**

<u>United States of America</u>

    **v.**                                                                       Case No. 09-cr-11-PB

<u>Joseph Delgado, et al.</u>

**O R D E R**

    Defendant Rupert Pamphile, through counsel, has moved to continue the trial scheduled for September 1, 2009, citing newly appointed counsel and the need for additional time to finalize discovery and prepare for trial. The government does not object to a continuance of the trial date.

    Accordingly, for the above reason and to allow the parties additional time to properly prepare for trial, the court will continue the trial from September 1, 2009 to November 3, 2009. In agreeing to continue the trial, the court finds pursuant to 18 U.S.C.A. § 3161(h)(8)(A) that for the above-stated reasons, the ends of justice served in granting a continuance outweigh the best interests of the public and the defendants in a speedy trial.

The court will hold a final pretrial conference on October 23, 2009 at 3:30 p.m.

No further continuances.

SO ORDERED.

/s/Paul Barbadoro
Paul Barbadoro
United States District Judge

August 25, 2009

cc: Tony Soltani, Esq.
John Pendleton, Esq.
Ray Raimo, Esq.
Terry Ollila, Esq.
United States Probation
United States Marshal